No. 59954.—Suit 4851.—United States *v.* Damrak Trading Co., Inc.—

C. A. D. 611.

Before the First Division, May 31, 1956

No. 59955.—Seaboard Import Co., Inc. *v.* United States, protest 269789–K (New York).

Opinion by Oliver, C. J.  In accordance with stipulation of counsel that the merchandise consists of celluloid flowers similar in all material respects to those the subject of Abstract 59302, the claim of the plaintiff was sustained.

No. 59956.—Jesus M. Altiere *v.* United States, protests 255978–K, etc. (San Juan, P. R.).

Opinion by Oliver, C. J.  At the trial, the importer testified that the articles are never bought or sold as jewelry and that they are always bought as souvenirs by tourists visiting Puerto Rico.  An examination of collective exhibit 1 showed that the articles in question are miniature wooden curios in the form of shoes, drums, puppets, castanets, and maracas, appropriately colored.  All of the articles are rather crudely constructed, and each of them has a small safety pin arranged in such a manner as to permit the article to be worn on a dress or on the lapel of a coat.  Attached to the safety pin is a very small wooden plate bearing the words, "Puerto Rico," giving to each of the articles positive identification as a souvenir or novelty of said Island.  On the record presented, the claim of the plaintiff was sustained.

No. 59957.—Orbis Products Corp. *v.* United States, protests 215805–K and 216080–K (New York).

Opinion by Mollison, J.  In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiff was sustained.